AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Seven U.S. Postal Parcels located at the Washington General Mail Facility, Washington, DC

)
)
)
)
)
)

Case: 1:18-sw-00010
Assigned To : Robinson, Deborah A.
Assign. Date : 1/18/2018
Description: Searh Warrant

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Columbia
*(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

CONTRABAND CONTROLLED SUBSTANCES

**YOU ARE COMMANDED** to execute this warrant on or before February 1, 2018 *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   DEBORAH A. ROBINSON, U.S. MAGISTRATE JUDGE  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: JAN 18 2018 2:15 pm

City and state: WASHINGTON, D.C.

_____
Judge's signature

DEBORAH A. ROBINSON, U.S. MAGISTRATE JUDGE
*Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: <br> 1:18-SW-0010 | Date and time warrant executed: <br> 1-19-18 @ 11:AM | Copy of warrant and inventory left with: <br> U.S.P.S |
| Inventory made in the presence of : <br> INSP D'Silva |||
| Inventory of the property taken and name of any person(s) seized: <br><br> **FILED** <br> JUL 03 2019 <br> Clerk, U.S. District and Bankruptcy Courts |||

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5-24-19

Executing officer's signature

James Ussery Postal Inspector
Printed name and title

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | Property Seized |
|---|---|---|
| 1. | (E) EL 169 573 862 US | Approximately 1085 grams of a green, leafy, plantlike substance, suspected to marijuana, inside two heat sealed bags. |
| 2. | (E) EL 870 379 445 US | Approximately 115 grams of a green, leafy, plantlike substance, suspected to marijuana, inside three heat sealed bags. |
| 3. | (P) 9405 8036 9930 0575 9436 89 | Approximately 4475 grams of THC related products, to include 35 bags of THC labeled gummy candies which field tested presumptive positive for THC. |
| 4. | (P) 9505 5265 4512 8016 1825 20 | Approximately 3125 grams of a green, leafy, plantlike substance, suspected to marijuana, inside three heat sealed bags. |
| 5. | (P) 9505 5148 7778 8016 2214 71 | Approximately 3050 grams of a green, leafy, plantlike substance, suspected to marijuana, inside six heat sealed bags. |
| 6. | (P) 9505 5148 7778 8016 2214 64 | Approximately 4490 grams of a green, leafy, plantlike substance, suspected to marijuana, inside eight heat sealed bags and one ziplock bag of suspected THC oil/wax. |
| 7. | (P) 9505 5159 3255 8016 1486 64 | No CDS or CDS proceeds, parcel returned to the mail stream. |